# Court of Appeals
# of the State of Georgia

ATLANTA, March 21, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1236.   TAMMY ANDERSON v. BAKER COUNTY BOARD OF EDUCATION.**

Tammy Anderson filed this direct appeal seeking review of the superior court's order affirming a decision of the State Board of Education.  An appeal from a decision of the superior court reviewing a decision of a lower tribunal, however, must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (1); see also *Hogan v. Taylor County Bd. of Ed.*, 157 Ga. App. 680 (278 SE2d 106) (1981).  Because Anderson failed to follow the discretionary appeal procedure as required, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 03/21/2017
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*